Israel David (*pro hac vice*)
Blake Hunter Yagman (*pro hac vice*)
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Tel.: 212-739-0622
Email: israel.david@davidllc.com
        blake.yagman@davidllc.com

*Attorneys for Plaintiff and the Proposed Class*

[*Additional counsel on signature page*]

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Apple Inc.*

[*Additional counsel on signature page*]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

|  |  |
|---|---|
| JARED SCHERMER, on behalf of himself and all others similarly situated, | Case No. 4:24-CV-01815-KW |
| *Plaintiff,* | **JOINT STIPULATION TO SUSPEND THE DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| APPLE INC., | |
| *Defendant.* | |

Pursuant to Local Civil Rule 6-1(a), Plaintiff Jared Schermer, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Apple Inc. ("Apple") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on March 23, 2024. ECF No. 1;

WHEREAS, Plaintiff served Apple with process on March 29, 2024;

WHEREAS, on March 30, 2024, plaintiff in the matter of *Chiuchiarelli v. Apple Inc.*, Case No. 3:24-cv-01895 (N.D. Cal.) ("Chiuchiarelli") filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer several cases in which Apple is named as the Defendant to the U.S. District Court for the Northern District of California for consolidated pretrial proceedings, captioned *In Re: Apple Inc. Smartphone Antitrust Litigation* ("*In re: Apple*"), MDL No. 3113 ("MDL Petition");

WHEREAS, on April 3, 2024, counsel for Chiuchiarelli filed an Amended Schedule of Actions with the JPML identifying this case as a potentially related case;

WHEREAS, Apple's deadline to answer, move to dismiss, or otherwise respond to the Complaint in this action is currently April 19, 2024;

WHEREAS, Plaintiff and Apple have conferred and agreed that, in light of the pending MDL Petition, the outcome of which will likely affect the procedural posture of this action, party and judicial efficiency would be best served by suspending the deadline for Apple to answer, move to dismiss, or otherwise respond to the Complaint pending a decision on the MDL Petition;

WHEREAS, Plaintiff and Apple have agreed to meet and confer and file a status report with the Court related to a schedule for the case within fourteen (14) days after the issuance of a decision by the JPML on the MDL Petition, unless the cases at issue in the MDL Petition are consolidated by then;

WHEREAS, in making this stipulation, Apple does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii)

other statutory or common law defenses that may be available; or (iv) right to seek or oppose any

reassignment, transfer, or consolidated alternatives, including to seek arbitration.  Apple expressly

reserves its rights to raise any such defenses (or any other defense) in response to either the

Complaint or any original, amended, or consolidated complaint that may be filed in this or any

other action.

THEREFORE, Plaintiff and Apple stipulate and agree to suspend the deadline for

Defendant to answer, move to dismiss, or otherwise respond to the Complaint pending a decision

on the MDL Petition.

STIPULATED to this 15th day of April 2024.


By: _/s/ Israel David_____

Israel David (*pro hac vice*)
Blake Hunter Yagman (*pro hac vice*)
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Tel.: 212-739-0622
Email: israel.david@davidllc.com
        blake.yagman@davidllc.com


Mario A. Moya (SBN 262069)
Rebecca M. Hoberg (SBN 224086)
MOYA LAW FIRM
1300 Clay St., Suite 600
Oakland, CA 94612
Tel.: 510.926.6521
Email: mmoya@moyalawfirm.com
        rhoberg@moyalawfirm.com


*Attorneys for Plaintiff and the Proposed
Class*

By: _/s/ Cynthia E. Richman_____

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539


DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520


*Attorneys for Apple Inc.*

**<u>N.D. Cal. Civil Local Rule 5-1 Attestation</u>**

I, Cynthia Richman, am the ECF User whose credentials were utilized to file this Stipulated Motion to Suspend the Deadline for Defendant to Respond to the Complaint.  In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Israel David concurred in the filing of this document.

DATED this 15th day of April, 2024.


 */s/ Cynthia Richman*

Cynthia Richman

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 15th day of April, 2024.


 */s/ Cynthia Richman*

Cynthia Richman

JOINT STIPULATION TO SUSPEND THE DEADLINE FOR APPLE TO RESPOND TO COMPLAINT